# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ALBERTO MAGALLON-GUIZAR,<br><br>    Defendant. | Case No. 2:01-cr-00206-LDG (PAL)<br>Case No. 2:10-cv-02113-LDG<br><br>**ORDER** |

Defendant Alberto Magallon-Guizar has filed a second or successive motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. §2255.  Prior to filing a second or successive §2255 motion, the defendant was required to first obtain the certification of the Ninth Circuit Court of Appeals that his motion rests upon newly discovered evidence or a new rule of constitutional law.  He did not do so.  Accordingly, for good cause shown,

THE COURT **ORDERS** that Defendant Alberto-Magallon-Guizar's Petition for Habeas Relief under 28 U.S.C. §2255 (#189) is DISMISSED.

DATED this  19  day of May, 2011.

_____
Lloyd D. George
United States District Judge