# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ALBERTO MAGALLON-GUIZAR,<br><br>    Defendant. | Case No. 2:01-cr-00206-LDG (PAL)<br><br>**ORDER** |

For good cause shown,

THE COURT **ORDERS** that Defendant Alberto Magallon-Guizar's Request for Court Transcripts and Docket Sheet and Government's Expense (#187) is DENIED.

DATED this ___19___ day of May, 2011.

_____
Lloyd D. George
United States District Judge